IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES E. WILSON,<br>    Plaintiff, | Civil Action No. 7:06-cv-00476 |
| v. | **FINAL ORDER** |
| POLICE DEPARTMENT, et. al.,<br>    Defendant(s). | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

as follows:

1. Plaintiff's motions to amend (Dkt. Nos. 9, 12, and 13) are hereby **GRANTED** and the complaint is supplemented as stated in the motions to amend, including the identification of Officer Cunningham and Officer Brandy Barr as new defendants;

2. Plaintiff's motion for appointment of counsel is hereby **DENIED**; and

3. This action as amended shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to the defendants.

ENTER: This 13th day of October, 2006.

_____
Senior United States District Judge